CUTTER, Respondent, v. GUDEBROD BROS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by John D. Cutter against Gudebrod Bros. Company. No opinion. Reargument ordered, and case set down for June 7, 1905.

DALY, Respondent, v. BRUEN, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by James C. Daly against Eliza Bruen. No opinion. Judgment and order unanimously affirmed, with costs.